PROB 12C
(6/16)

Report Date: September 26, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rusty Lee Garcia          Case Number: 0980 2:11CR02094-EFS-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 26, 2012

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 77 months;         Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanson         Date Supervision Commenced: August 18, 2017

Defense Attorney:    Federal Public Defender         Date Supervision Expires: August 17, 2020

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 18, 2017, Mr. Rusty Garcia signed his conditions of supervision relative to case number 2:11CR02094-EFS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Garcia was made aware by his U.S. probation officer that he must refrain from committing another federal, state, or local crime.<br><br>Specifically, Mr. Garcia is alleged to have violated mandatory condition number 2 by being arrested by the Richland Police Department on September 24, 2017, and by being placed into custody on the aforementioned date with charges for Disorderly Conduct, in violation of R.C.W. 9A.84.030(2), a misdemeanor, and Resisting Arrest, in violation of 9A.76.040(2), a misdemeanor, being recommended.<br><br>Given Mr. Garcia's apparent and wilful actions, it is respectfully requested that a warrant be issued for the arrest of Mr. Garcia who is currently in the Benton County Jail as a result of pending Washington State Department of Corrections violations. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 26, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer
September 26, 2017
Date