PROB 12C
(6/16)

Report Date: July 09, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 09, 2018**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rusty Lee Garcia                Case Number: 0980 2:11CR02094-EFS-1

Address of Offender: ▬▬▬▬▬▬, West Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 26, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison 77 months; TSR - 36 months |
| Revocation Sentence: | Prison- 4 months; TSR 32 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Diane E. Hehir |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 24, 2018

Date Supervision Expires: December 23, 2020

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1    **Special Condition # 23**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Rusty Garcia is considered to be in violation of his period of supervised release by failing to provide a urine sample for testing on June 21, 2018.

On April 26, 2018, the offender signed his Judgement in a Criminal Case noting he understood he was to report for random drug testing as directed. He also signed his Treatment Services Contract Program Plan stating he understood he needed to phone First Step Community Counseling Services daily and report when his assigned color was listed.

On June 21, 2018, the offender's color was listed. He reported but stated he could not supply a sample sufficient for testing. The offender left the facility without providing a sample for

Prob12C
Re: Garcia, Rusty Lee
July 09, 2018
Page 2

testing.

2 **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Rusty Garcia is considered to be in violation of his period of supervised release by failing to report as directed on June 25, 2018.

On April 26, 2018, the offender signed his Judgement in a Criminal Case noting he understood he was to follow the instructions of his probation officer.

On June 25, 2018, the offender was contacted by phone after it was found he had not been staying at his listed address for 3 days. The offender was directed to report to his Community Corrections Officer with the Department of Corrections by 10 a.m. or they would issue a bench warrant. The offender was directed to contact me after the meeting so we could set a time to meet. The offender failed to report to the Department of Corrections and he failed to contact this officer by phone.

3 **Standard Condition # 5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation office in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Rusty Garcia is considered to be in violation of his period of supervised release by failing to advise of his living arraignments on or prior to June 25, 2018.

On April 26, 2018, the offender signed his Judgement in a Criminal Case noting he understood he was to advise of any change to his living arrangements.

On June 25, 2018, personal contact was made with the offender's wife at his listed address. She stated he had not been home in 3 days. She stated that she thought he might be staying in the Benton City area. Phone contact was established with the offender and he stated he had been in Benton City, but was currently in Burbank. As noted within Violation Number 2, the offender was directed to report to the Department of Corrections and then to contact this officer. The offender failed to comply with both directions and his whereabouts are currently unknown.

4 **Special Condition # 23**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Rusty Garcia is considered to be in violation of his period of supervised release by using a controlled substance on or prior to June 25, 2018.

On April 26, 2018, the offender signed his Judgement in a Criminal Case noting he understood he could not use controlled substances.

On June 25, 2018, phone contact was made with the offender after it was found he had not been staying at his listed address. His wife had also indicated she felt he had been using controlled substances and that was the reason he had not returned home in three days. During the phone conversation, the offender admitted he had been using controlled substances. The offender was directed to contact his officer at the Department of Corrections and then to contact this officer so we could discuss his use further. The offender has failed to make contact.

5

**Special Condition # 22**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Rusty Garcia is considered to be in violation of his period of supervised release by failing to report for chemical dependency treatment on June 25, 2018.

On April 26, 2018, the offender signed his Judgement in a Criminal Case noting he understood he was to participate in chemical dependency treatment as determined by an assessment.

On May 14, 2018, the offender started intensive outpatient chemical dependency treatment as determined by an assessment from First Step Community Counseling Services. The offender was to report for treatment on Mondays, Tuesdays, and Thursdays for 3 hours each day. On Monday, June 25, 2018, the offender failed to report for his 1 p.m. session. A report from First Step Community Counseling Services was received noting the offender had not reported or called to advise he would not be in treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/09/0218

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Garcia, Rusty Lee**
**July 09, 2018**
**Page 4**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*
_____
Signature of Judicial Officer

7/9/2018
_____
Date