PROB 12C
(6/16)

Report Date: March 21, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rusty Lee Garcia         Case Number: 0980 2:11CR02094-EFS-1

Address of Offender:         Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 26, 2012

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (1/26/2018) | Prison- 4 months; TSR - 32 months | |
| Revocation Sentence: (8/21/2018) | Prison- 6 months; TSR - 12 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: January 31, 2019 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: January 30, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: Rusty Garcia is considered to be in violation of his period of supervised release by being removed from Pioneer Human Services Residential Reentry Center (RRC) on February 6, 2019. |

Prob12C
Re: Garcia, Rusty Lee
March 20, 2019
Page 2

On January 31, 2019, the offender began his 180-day RRC requirement. The offender was contacted by United States Probation Officer Chris Heinen on February 5, 2019, and advised of his conditions of release.

On February 6, 2019, the offender was observed by staff in a restroom at the RRC locked in a stall and it was suspected he was "hotboxing." According to RRC personnel, this meant the offender was leaning over a toilet, smoking substances, and then flushing the toilet. Staff noted they could smell what they suspected was spice. Staff further noted the offender was in a state of drowsiness and was slurring his words. Due to the offenders actions, he was removed from the RRC.

2    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Rusty Garcia is considered to be in violation of his period of supervised release by using a controlled substance, spice, on or prior to February 2, 2019, and methamphetamine on or prior to March 20, 2019.

On January 31, 2019, the offender arrived at Pioneer Human Services Residential Reentry Center (RRC) in Spokane, Washington, as part of his 180-day public law condition. The RRC requires all offenders to complete random drug testing when directed.

On January 2, 2019, staff at the RRC requested the offender provide a random drug test after he was found "acting funny." The sample was forwarded to Redwood Toxicology Laboratory for confirmation. The sample returned positive for the presence of spice on February 11, 2019.

On February 7, 2019, the offender signed a release of information authorizing Merit Resource Services (Merit) to disclose treatment information to the probation office.

On March 3, 2019, the offender signed his Judgement in a Criminal Case noting he understood he could not use controlled substances.

On March 20, 2019, the offender called this officer and advised he had relapsed and used methamphetamine. The offender also admitted to using methamphetamine to a Merit counselor during his assessment on March 19, 2019.

3    **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Rusty Garcia is considered to be in violation of his period of supervised release by failing to report to Merit for drug testing on March 19, 2019.

Prob12C
Re: Garcia, Rusty Lee
March 20, 2019
Page 3

On February 7, 2019, the offender signed his Treatment Services Contract Program Plan stating he would call Merit daily and report for random drug testing when the color Brown was noted.

On March 3, 2019, the offender signed his Judgement in a Criminal Case noting he understood he was to report for random drug testing.

On March 19, 2019, the color Brown was called for random drug testing. The offender failed to report to Merit for his urinalysis test as required.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/21/2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea* (signature)

Signature of Judicial Officer

March 21, 2019

Date