PROB 12C
(6/16)

Report Date: April 25, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 25, 2019**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rusty Lee Garcia | Case Number: 0980 2:11CR02094-EFS-1 |

Address of Offender: rd  Benton City, Washington 99320

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 26, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (1/26/2018) | Prison- 4 months; TSR - 32 months | |
| Revocation Sentence: (8/21/2018) | Prison- 6 months; TSR - 12 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: January 31, 2019 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: January 30, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/21/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report as directed to his supervising probation officer after completing inpatient drug treatment on or prior to April 22, 2019. |
| | On March 3, 2019, the offender signed his Judgement in a Criminal Case noting he understood he was to report to his supervising probation officer as directed. |

Prob12C
**Re: Garcia, Rusty Lee**
**April 25, 2019**
**Page 2**

On April 3, 2019, the offender entered inpatient drug treatment at Triumph Treatment Services. The offender was directed to report to his supervising probation officer immediately upon his release from treatment.

On April 25, 2019, information was received from the offender's wife stating he had been released early from inpatient treatment. Contact was made with Triumph Treatment Services and it was confirmed the offender had completed his treatment early and had been released on April 21, 2019. The offender's wife stated he had not returned home and his whereabouts are unknown. The offender has also failed to contact this officer to advise of his whereabouts.

| | |
|---|---|
| 5 | **Special Condition # 21**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to follow through with recommended treatment.

On March 3, 2019, the offender signed his Judgement in a Criminal Case noting he understood he was to complete an approved substance abuse treatment program.

As noted above, the offender entered inpatient treatment on April 3, 2019. He completed inpatient treatment on April 21, 2019, and was directed to contact Merit Resource Services to complete his intensive outpatient treatment. The offender has failed to contact Merit Resource Services to schedule ongoing intensive outpatient drug treatment as directed.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 25, 2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Garcia, Rusty Lee**
**April 25, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

April 25, 2019
Date