PROB 12C
(6/16)

Report Date: June 14, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rusty Lee Garcia   Case Number: 0980 2:11CR02094-EFS-1

Address of Offender:   Benton City, Washington 99320

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 26, 2012

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 77 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Revocation
Sentence:            Prison - 4 months
01/26/2018           TSR - 32 months

Revocation
Sentence:            Prison - 6 months
08/21/2018           TSR - 12 months

Asst. U.S. Attorney:   Thomas J. Hanlon          Date Supervision Commenced: January 31, 2019

Defense Attorney:      Paul E. Shelton           Date Supervision Expires: January 30, 2020

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/21/2019 and 04/25/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by possessing methamphetamine, on or prior to March 25, 2019. |
| | On March 3, 2019, the offender signed his judgement in a criminal case noting he understood he was no to possess controlled substances. |
| | On March 25, 2019, the offender was incarcerated at the Benton County Jail on a Washington State Department of Corrections hold.  At approximately 12:30 p.m., jail staff |

Prob12C
Re: Garcia, Rusty Lee
June 14, 2019
Page 2

conducted a security check of the pod the offender was housed in. When officers were checking the offender's cell, the offender stepped inside. Officers noticed a "pencil extender" in the offender's pocket and removed it. Also located in his pocket was a "small plastic end-tie baggie... which contained what looked like to be a white powdery substance, possibly methamphetamine." Reports note the substance was tested and returned presumptive positive for the presence of methamphetamine. The substance was forwarded for confirmation.

On April 16, 2019, a bench warrant was issued under case number 19-1-00482-1, in Benton County Superior Court, charging the offender with the possession of methamphetamine.

On June14, 2019, the warrant was served on the offender and he is currently in the Benton County Jail.

7     **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of robbery, on or prior to April 25, 2019.

On March 3, 2019, the offender signed his judgement in a criminal case noting he understood he was not to commit any new law violations.

On April 25, 2019, the offender was booked into the Yakima County Jail under case number 19-1-00713-39, after being located at the scene of a home robbery. According to the declaration of probable cause, multiple individuals, to include the offender, arrived at a residence armed with a "semiautomatic handgun and another was armed with weapon capable of causing blunt force trauma" and forced their way in. When officers arrived, it is alleged the offender ran out the back of the home. The offender was contacted and arrested a short time later. The offender was found to be in possession of a stolen wallet which was taken during the robbery.

On June 12, 2019, the offender pled guilty to one count of second degree robbery and was sentenced in Yakima County Superior Court to a period of 37 days custody. On June 13, 2019, he was transported to the Benton County Jail to address his charge noted in violation #6.

The U.S. Marshals hold remains in place and the offender will transfer into federal custody once he completes his matters in Benton County.

Prob12C
**Re: Garcia, Rusty Lee**
**June 14, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 14, 2019

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer
June 19, 2019
Date